**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **IN RE:** | CASE NO. 26-11565-smr |
| Philip Alexander Dau<br>**DEBTOR** | CHAPTER 7 |

**<u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS</u>**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Please take notice that the undersigned firm of attorneys is appearing on behalf of the following party in the above referenced bankruptcy case:

**PNC Bank, N.A, regarding real estate located at <u>1501 SILENE COURT, PFLUGERVILLE, TX 78660</u>.**

This party is a party in interest in this case and a secured creditor of the Debtor.

Pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned hereby requests that all notices given or requested to be given and all papers served or required to be served in this case be given to and served upon the undersigned at the office address and telephone number set forth below.

Respectfully submitted,
***Codilis & Moody, P.C.***

<u>By: /s/ Juanita M. Deaver</u>
Kerrie S. Mattson-Neal ARDC#6270224
Nicole Bartee SBOT#24001674
Peter C. Bastianen ARDC#6244346
Michael J. Kulak IN Atty. #21347-53
Juanita M. Deaver SBOT#24126385
TX.bkpleadingsWEST@tx.cslegal.com
20405 State Highway 249, Suite 170
Houston, TX 77070
Telephone: (281) 925-5200
**ATTORNEYS FOR SECURED CREDITOR**
File No. 44-26-03689

NOTE: This law firm is a debt collector.

## CERTIFICATE OF SERVICE

I hereby certify that on 08/14/2026, a true and correct copy of the above and foregoing documents shall be served via electronic means, if available, otherwise by regular, first class mail on 08/14/2026 to the following parties at the addresses indicated by deposit in the United States Mail, first class postage prepaid.

Elizabeth June Hickson
4413 Spicewood Springs Road
Suite 216
Austin, TX 78759
**ATTORNEY FOR DEBTOR**

John Patrick Lowe
2402 East Main Street
Uvalde, TX 78801
**CHAPTER 7 TRUSTEE**

Respectfully submitted,
***Codilis & Moody, P.C.***

/s/ Juanita M. Deaver
Kerrie S. Mattson-Neal ARDC#6270224
Nicole Bartee SBOT#24001674
Peter C. Bastianen ARDC#6244346
Michael J. Kulak IN Atty. #21347-53
Juanita M. Deaver SBOT#24126385
TX.bkpleadingsWEST@tx.cslegal.com
**ATTORNEYS FOR SECURED CREDITOR**
File No. 44-26-03689

NOTE: This law firm is a debt collector.